**Antonio MURILLO–CADENA, Petitioner**

v.

**Eric H. HOLDER, Jr., Respondent.**

No. 13–3604.

United States Court of Appeals, Eighth Circuit.

Submitted: May 30, 2014.

Filed: June 12, 2014.

Andrea Comfort Martinez, McCrummen Immigration Law Group, North Kansas City, MO, for Petitioner.

Margot Carter, Karen Yolanda Drummond, Carl H. McIntyre, Robert Michael Stalzer, U.S. Department of Justice, Washington, DC, for Respondent.

Before LOKEN, MURPHY, and SMITH, Circuit Judges.

PER CURIAM.

Mexican citizen Antonio Murillo–Cadena petitions for review of an order of the Board of Immigration Appeals, denying his request to reopen his removal proceedings. After careful review, we conclude that no abuse of discretion occurred. *See Chen v. Holder*, No. 13–1103, 751 F.3d 876, 878–79, 2014 WL 1887364, at *2 (8th Cir. May, 13, 2014) (abuse-of-discretion standard of review). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.